# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

AMIEE JO STOREY,

      Plaintiff,

v.                                      Case No: 2:21-cv-293-SPC-NPM

CAPITAL LINK
MANAGEMENT, LLC,

      Defendant.
_____/

## **ORDER**[1]

Before the Court is Plaintiff's Unopposed Motion to Stay (Doc. 36). Plaintiff accepted Defendant's offer of judgment. (Doc. 35). Since Plaintiff is in bankruptcy, however, the Bankruptcy Court will review the settlement for approval. Plaintiff already filed a motion for the Bankruptcy Court to do so. In the meantime, the parties ask to stay this case. The Court agrees. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. Plaintiff's Unopposed Motion to Stay Pending Approval of Settlement by Bankruptcy Court (Doc. 36) is **GRANTED**.

2. All deadlines and proceedings in this case are **STAYED** until the Bankruptcy Court decides whether to approve the parties' settlement.

3. The parties are **DIRECTED** to notify the Court of the Bankruptcy Court's decision within **seven (7) days** of a ruling.

4. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on October 29, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2