UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AIMEE JO STOREY,

      Plaintiff,

v.                                    Case No. 2:21-cv-293-SPC-NPM

CAPITAL LINK MANAGEMENT, LLC,

      Defendant.

## ORDER

Before the court is plaintiff Aimee Jo Storey's motion to compel completion of a fact information sheet (Doc. 43). On December 14, 2021, the court entered judgment for Storey and against Defendant Capital Link Management (CLM), LLC. (Doc. 40). CLM has failed to satisfy the judgment. Therefore, Storey is a judgment creditor and seeks the enforcement of the relief to which she is entitled.

In pertinent part, Federal Rule of Civil Procedure 69(a)(1) states "[t]he procedure on execution … must accord with the procedure of the state where the court is located." And to facilitate the execution of judgments, Florida Rule of Civil Procedure 1.560(b) provides that "the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete the fact information sheet, including all required attachments, within 45 days of the order or such other

reasonable time as determined by the court." Thus, as of right, Storey is entitled to receive a complete fact information sheet from CLM.

Accordingly, Storey's motion to compel (Doc. 43) is **GRANTED**, and CLM is **DIRECTED** to complete the fact information sheet and return it, with all required attachments, to Storey's counsel by March 7, 2022.

**ORDERED** on January 25, 2022.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE