UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AIMEE JO STOREY,

    Plaintiff,

v.       Case No. 2:21-cv-293-SPC-NPM

CAPITAL LINK MANAGEMENT, LLC,

    Defendant.

### ORDER

Before the court is an unopposed motion for withdrawal of Attorneys Christopher Walker and Adam Edgecombe (Doc. 44). Granting the motion would leave the defendant Capital Link Management (CLM) without counsel. But an entity defendant may only appear in this action through counsel. *See* Local Rule 2.02(b)(2). Accordingly, the motion will be set for a hearing and either CLM's Chief Operating Officer, Jonathan Rinker, or CLM's replacement counsel must attend.

**ORDERED** on January 25, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE